IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MK. STEVENS<br>　　　　Petitioner,<br>　vs.<br>CFMG Chief MIKE DAGAY, and<br>Sheriff BILL COGBILL<br>　　　　Respondent. | No. C 06-6792 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　This is a habeas case filed pro se by a state prisoner. Mail that the clerk sent to petitioner has been returned as undeliverable and petitioner has not notified the clerk of any change of address.

　　　More than sixty days have passed since the mail was returned, so pursuant to Civil Local Rule 3-11(b) this case is **DISMISSED** without prejudice.

　　　**IT IS SO ORDERED.**

Dated: 7/23/07

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\STEVENS6792DSM.wpd