IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN MK. STEVENS  
        Petitioner,

vs.

CFMG Chief MIKE DAGAY, and  
Sheriff BILL COGBILL,

        Respondent.  
_____/

No. C 06-6792 WHA (PR)

**JUDGMENT**

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: 7/23/07

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\STEVENS6792.JUD.wpd